The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TYRONE HURD,<br><br>    Defendant. | No. CR20-156-RSM<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, the Defendant Tyrone Hurd's interest in a sum of money in the amount of $45,462.23, reflecting the proceeds Defendant obtained from his commission of Bank Fraud, in violation of 18 U.S.C. § 1344. The United States has agreed it will request the Attorney General apply any amounts it collects toward satisfaction of this forfeited sum to the restitution that is ordered. The United States has also agreed that any amount the Defendant pays toward restitution will be credited against this forfeited sum.

//

Order of Forfeiture - 1
*United States v. Tyrone Hurd,* CR20-156-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  The Court, having reviewed the United States' Motion, as well as the other papers
2  and pleadings filed in this matter, hereby FINDS an Order of Forfeiture is appropriate
3  because:

4  • The proceeds of Bank Fraud, in violation of 18 U.S.C. §§ 1344(2) and 2,
5    are forfeitable pursuant to 18 U.S.C. §982(a)(2);
6  • In his Plea Agreement, Defendant agreed to forfeit the above-identified sum
7    of money pursuant to 18 U.S.C. §982(a)(2), as it reflects the proceeds he
8    obtained from his commission of the offense of Bank Fraud (Dkt. No 395,
9    ¶ 13); and,
10 • This sum of money is personal to Defendant; pursuant to Federal Rule of
11   Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary
12   process is required before forfeiting it.

13

14  NOW, THEREFORE, THE COURT ORDERS:

15  1. Pursuant to 18 U.S.C. § 982(a)(2), and his Plea Agreement, Defendant's
16  interest in the above-identified sum of money is fully and finally forfeited, in its entirety,
17  to the United States;

18  2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) – (B), this Order will become
19  final as to Defendant at the time he is sentenced; it will be made part of the sentence; and
20  it will be included in the judgment;

21  3. No right, title, or interest in the identified sum of money exists in any party
22  other than the United States;

23  4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money,
24  in whole or in part, the United States may move to amend this Order, at any time, to
25  include substitute property having a value not to exceed this sum of money; and,

26

27  //

Order of Forfeiture - 2
*United States v. Tyrone Hurd,* CR20-156-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 6th day of January, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Order of Forfeiture - 3
*United States v. Tyrone Hurd,* CR20-156-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970