JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-156-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO EXTEND TIME TO REPORT |
| TYRONE HURD, | |
| Defendant. | |

THE COURT has considered Tyrone Hurd's motion to extend the date to surrender to begin serving his sentence, along with the records and files herein.

IT IS NOW ORDERED that the date on which Mr. Hurd must surrender to serve his sentence is extended from April 30, 2023 at 10:00 a.m. to May 19, 2023 by 10:00 a.m.

DONE this 26th day of April 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Tyrone Hurd

ORDER TO EXTEND TIME TO REPORT
(*United States v. Hurd*, CR21-156-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**