UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR20-156RSM |
| Plaintiff, | ORDER TO SEAL |
| v. | |
| TYRONE HURD, | |
| Defendant. | |

This matter has come before the undersigned on Tyrone Hurd's Motion to Seal Exhibits to Motion to Extend Time to Report.  The Court has considered the motion and records in this case and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that the exhibits be filed under seal.

DATED this 26th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1