JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-156-RSM |
| Plaintiff, | ) | |
| | ) | ORDER TO |
| v. | ) | SEAL EXHIBIT TO SECOND |
| | ) | MOTION TO EXTEND TIME TO |
| TYRONE HURD, | ) | REPORT |
| | ) | |
| Defendant. | ) | |

This matter has come before the undersigned on Tyrone Hurd's Motion to Seal the Exhibit to Second Motion to Extend Time to Report. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the exhibit be filed under seal.

DATED this 17th day of May 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Sara Brin*
Assistant Federal Public Defender
Attorney for Tyrone Hurd

ORDER TO SEAL EXHIBIT
(*U.S. v. Hurd*, CR20-156-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100