UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  CR20-156RSM |
| Plaintiff, | ORDER DENYING MOTION TO EXTEND REPORTING DATE |
| v. | |
| TYRONE HURD, | |
| Defendant. | |

The Court has reviewed Defendant's Second Motion for Extension of Time to Report (Dkt #476) and the Government's response, as well as the record in this matter.  The Court finds that a hearing is not necessary.

Defendant's motion is DENIED.  Defendant shall report as directed by the Bureau of Prisons.

DATED this 18th day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER - 2